ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| General Dynamics Ordnance and | )   ASBCA No. 61458 |
|   Tactical Systems | ) |
| | ) |
| Under Contract No. M67854-11-D-1011 | ) |

APPEARANCES FOR THE APPELLANT:   ·  Scott M. McCaleb, Esq.
John R. Prairie, Esq.
Moshe B. Broder, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Robyn L. Hamady, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the dispute and have requested that the appeal be dismissed with prejudice. Accordingly, for good cause shown, the appeal is dismissed with prejudice. This dismissal leaves no appeals remaining before the Board arising from the performance of Contract No. M67854-11-D-1011. The Board commends the parties for their successful efforts to resolve the appeal.

Dated: September 23, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61458, Appeal of General Dynamics Ordnance and Tactical Systems, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals